NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMC MULTI-CINEMA, INC., AMC ENTERTAINMENT HOLDINGS, INC., BOSTON MARKET CORPORATION, MOBO SYSTEMS, INC., MCDONALD'S CORPORATION, MCDONALD'S USA, PAPA JOHN'S INTERNATIONAL, INC., STAR PAPA LP, PAPA JOHN'S USA, INC.,**
*Appellants*

**v.**

**FALL LINE PATENTS, LLC,**
*Appellee*

---

2022-2057

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00610.

---

**ON MOTION**

---

## O R D E R

Appellants move to voluntarily dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

2         AMC MULTI-CINEMA, INC. v. FALL LINE PATENTS, LLC

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

November 7, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court


ISSUED AS A MANDATE: November 7, 2022